UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**NELSON A. YOUNGBLOOD**      CIVIL ACTION NO. 14-2880-P
    **LA. DOC #206949**

**VS.**      **JUDGE S. MAURICE HICKS, JR.**

**BURL CAIN, WARDEN, LOUISIANA**
**STATE PENITENTIARY**      **MAGISTRATE JUDGE HAYES**

## JUDGMENT

    The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254, [doc. # 1], is hereby **DENIED and DISMISSED WITH PREJUDICE**.

    THUS DONE AND SIGNED this the 10th day of November, 2016, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE